CARLETON K. TINNEY and WILLIAM S. LITTLE, Respondents, v. WILLIAM H. ENDICOTT, Appellant.

A rule of Court requiring counsel to file and submit to the Court any instructions they may offer before the argument is closed, to the jury, does not operate where the cause is submitted without argument.

APPEAL from the District Court of the Tenth Judicial District, Nevada County.

*E. W. F. Sloan* and *Wm. M. Stewart*, for Appellant.

*Alexander Anderson* and *Dunn & Smith*, for Respondents.

No briefs on file.

HEYDENFELDT, J., delivered the opinion of the Court. MURRAY, C. J., concurred.

The third instruction asked for by defendant's counsel, ought to have been given. The reason given for the refusal is, that a rule of the

Court requires counsel "to file and submit to the Court any instructions they may offer, before the argument is closed, to the jury." But it appears by the statement that the cause was submitted without argument, so that there was no room for the operation of the rule.

For this error the judgment is reversed, and the cause remanded.